IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| DAVID-WILLIAM COTTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 1:17CV3 |
| | ) | |
| STATE OF NORTH CAROLINA | ) | |
| FIDUCIARY TRUSTEE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## RECOMMENDATION OF UNITED STATES MAGISTRATE

This matter comes before the Court *sua sponte*. Plaintiff filed this action asserting civil rights violations against several Defendants. Several Defendants have been dismissed from this action. (*See* Docket Entries 27, 38, 46.) A hearing was held on December 20, 2017, and Plaintiff was instructed to complete a summons for Defendant State of North Carolina Fiduciary Trustee. (*See* Minute Entry dated 12/20/2017.) To date, Plaintiff has failed to comply with the previous Court order in that he has not provided the summons for service upon Defendant State of North Carolina Fiduciary Trustee. As such, the Court docket reflects that Plaintiff has failed to serve this Defendant within the time prescribed in Federal Rule of Civil Procedure 4(m). Accordingly,

**IT IS HEREBY RECOMMENDED** that this action be dismissed without prejudice against Defendant State of North Carolina Fiduciary Trustee.

This, the 30th day of January, 2018.

Joe L. Webster
United States Magistrate Judge